[No. 492-1.    Division One—Panel 2.    June 14, 1971.]

THE STATE OF WASHINGTON, *Respondent*, v. JAMES HENRY BAILEY, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 52722, Frank Howard, J., entered March 20, 1970. *Affirmed* by unpublished opinion pursuant to RCW 2.06.040.

[No. 619-1.    Division One—Panel 2.    June 14, 1971.]

THE STATE OF WASHINGTON, *Respondent*, v. MICHAEL L. BERGER, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 53347, Robert M. Elston, J., entered June 5, 1970. *Affirmed* by unpublished opinion pursuant to RCW 2.06.040.

[No. 647-1.    Division One—Panel 2.    June 14, 1971.]

THE STATE OF WASHINGTON, *Respondent*, v. MARK SHEPPARD, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 53714, Frank H. Roberts, Jr., J., entered June 19, 1970. *Affirmed* by unpublished opinion pursuant to RCW 2.06.040.

[No. 662-1.    Division One—Panel 2.    June 14, 1971.]

THE STATE OF WASHINGTON, *Respondent*, v. EDWARD EVERETT SOVEREIGN, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 51723, F. A. Walterskirchen, J., entered June 3, 1970. *Affirmed* by unpublished opinion pursuant to RCW 2.06.040.